# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLINE AURORA, | Case No.: 2:23-cv-02112-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| HANKINS PLASTIC SURGERY ASSOCIATES, P.C., et al., | |
| Defendants | |

I ORDER the plaintiff to respond to the notice of related cases by January 17, 2024.

DATED this 3rd day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE